**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge
(Successor Judge Docket)

**Dated: December 22 2014**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: Thomas Paul Newton, Jr. | * | SUCCESSOR JUDGE |
| | * | Chapter 13 |
| | * | |
| | * | |
| **Debtor** | * | Case No. 14-33895 S |

**STIPULATED ORDER AMENDING CHAPTER 13 PLAN**

      Now comes Elizabeth A. Vaughan, Standing Chapter 13 Trustee, the Debtor(s) and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on 10/27/14

☐ **The Chapter 13 Plan payment originally proposed in the amount of $_____ per month, is hereby amended to $_____ per month for the remaining ____ months of the ____ month plan.**

☐ **The Chapter 13 Plan originally providing for payments to be made for a period of ____ months is hereby amended and the plan payments shall be made for a period of ____ months.**

☑ **All tax refunds received by Debtor(s) for tax years___2014,15,16,17,18__; shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year. *The Debtor(s) agrees that no changes to the payroll withholdings will be made without the written permission of the Trustee.**

☐ **The Chapter 13 plan originally proposed at a percentage of _____% is hereby increased to the percentage of _____%.**

☑ **This case will be reviewed annually, upon receipt of any tax refunds, for possible increase in return to unsecured creditors.**

☑ **This case shall be reviewed after the bar date which is: 3/18/15.**

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS ___18th___ day of _____December_____, 2014.**

*/s/Elizabeth A. Vaughan*_____
**Elizabeth A. Vaughan**
**Standing Chapter 13 Trustee**

*/s/ Collette J. Carcione*_____
**Attorney for Debtor**

*/s/Thomas Paul Newton, Jr.* _____
**Debtor**